BENJAMIN W. BONNEY, as Executor, etc., of ALICE SCHRYVER, Deceased, and Others, Respondents, v. WILLIAM G. SCHRYVER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

LARS DAHL, Respondent, v. ROBINS DRY DOCK AND REPAIR COMPANY, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

FRANCIS DEAN, Respondent, v. EMILY HALLIBURTON and Another, as Committee, etc., and Others, Appellants.— Motion for reargument denied, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

MAY DON, Respondent, v. IKE DON, Appellant.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

LILLIAN MAY DOWLING, as Administratrix, etc., of FRANCIS P. DOWLING, Deceased, Respondent, v. THE CITY OF NEW YORK Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

SAMUEL GREENE, Respondent, v. BARRETT, NEPHEWS & COMPANY and Others, Appellants.— Motion to resettle order granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ. Settle order on notice before Mr. Justice Manning.

In the Matter of the Application and Petition of JOHN A. BENSEL and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate, etc., in the Town of Mount Pleasant, Westchester County, etc., S. A. D. 14 — Parcel 998. Village of Pleasantville, Owner.— It was the intention of the court to grant the motion made by the appellant that the appeal should be heard upon three printed copies of the evidence furnished by the city of New York, as required by the statute,* dispensing with the printing of the exhibits. The motion is granted, the order to be resettled accordingly. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ. Settle order on notice.

In the Matter of the Judicial Settlement of the Account of Proceedings of MORTON ROSENBERG and Others, as Executors, etc., of CHARLES ROSENBERG, Deceased.— Motion to resettle order denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of Laying Out, Opening and Extending SCHOOL STREET, as a Public Street of the City of Yonkers, from Nepperhan Avenue to Elm Street, and Palisade Avenue.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

ABRAHAM LEIFER, Respondent, v. SARAH DRUCKMAN, Appellant.— Motion for stay granted upon condition that appellant file an undertaking in the sum of $500 to secure the plaintiff for any costs that may be awarded upon this appeal, and any claim for use and occupation of the premises. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ. Settle order on notice.

LEEMOR REALTY CORPORATION and Others, Appellants, v. NATHANIEL TONKIN and Others, Respondents.— Motion to dispense with the printing of the exhibits,

* See Water Supply Act (Laws of 1905, chap. 724), § 22.— [REP.